UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOSMANNY TORRES-POMARES,

        Petitioner,

    v.

SECRETARY MARKWAYNE
MULLIN, TODD BLANCHE, U.S.
ATTORNEY GENERAL; ACTING
DIRECTOR TODD M. LYONS,
GARRETT J. RIPA,  WARDEN
FLORIDA SOFT SOUTH
(ALLIGATOR ALCATRAZ),

        Respondents,

Case No. 2:26-cv-1240-KCD-NPM

## ORDER

This Court previously ordered the Government to provide Petitioner Yosmanny Torres-Pomares with a bond hearing under 8 U.S.C. § 1226(a). (*See* Doc. 13.) Petitioner has now filed an emergency motion to enforce that order, claiming he did not get a bond hearing. (*See* Doc. 14.)

The motion is **DENIED** because he has received such process. (*See* Doc. 15-1.) An immigration judge held a hearing on Petitioner's case. And by order dated May 18, 2026, he found that Petitioner was a danger to the community and a flight risk. (*Id.*) This Court completed its role by ensuring that Petitioner received the required statutory process. It cannot further act as an appellate court for discretionary immigration rulings.

**ORDERED** in Fort Myers, Florida on July 2, 2026.


Kyle C. Dudek
United States District Judge